IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

TYRONE HARRIS,
          Movant,   ) Civil No. 20-00914-CV-W-GAF
       V.         ) Crim. No. 11-00038-01-CR-W-GAF

UNITED STATES OF AMERICA,
        Respondent. )

## MOTION OBJECTING GOVERNMENT'S MOTION FOR 30-DAY EXTENSION OF TIME TO FILE RESPONSE TO MOVANT'S MOTION TO VACATE

Come now the movant, Mr. Tyrone Harris, pro se, praying for this Honorable Court's discretion in this proceeding.

Movant objects government's request for an extension of time to file a response. The Government erroneously had movant's sentence enhanced using three Missouri second degree burglaries convictions in 2012 In light of Naylor, if movant was sentenced today, his Missouri second-degree burglary convictions, could no longer be used as predicate violent felonies for ACCA enhancement

On January 29th 2021, movant will have completed the maximum term of 120 months imprisonment for being a felon in possession of a firearm. Any time beyond the above dated date, the movant hereby gives notice that he will seek $1000.00 a day in monetary damages for being forced to served an illegal sentence. Thank you

Respectfully Submitted

Mr. Tyrone Harris

Mr. Tyrone Harris #15730-041
FCI-Florence
P.O. Box 6000
Florence, CO. 81226

Certificate of Service

The undersigned hereby certifies that a copy of the foregoing was delivered on January 14, 2021 to the inmate mailbox addressed to

Ashleigh A. Ragner
Assistant United States Attorney
Violent Crime & Drug Trafficking Unit
400 East Ninth Street, Suite 5510
Kansas City, MO 64106

Mr. Tyrone Harris

Mr. Tyrone Harris, pro se

Name: Mr. Tyrone Harris
Reg. No.: 15730-041
Federal Correctional Institution
P.O. Box 6000
Florence, CO. 81226

Legal
Mail

DENVER CO 802

20 JAN 2021  PM 4  L

RECEIVED

2021 JAN 25 PM 12:05

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF MO
KANSAS CITY, MO

Clerk of District Court
United States District Court
Western District of Missouri
400 East 9th Street
Kansas City, MO. 64106
64106-2806