# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

___

### JUDGMENT IN A CIVIL CASE

TYRONE HARRIS,

    Movant,

    V.                               Case No. 20-00914-CV-W-GAF-P
                                       Crim. No. 11-00038-01-CR-W-GAF

UNITED STATES OF AMERICA,

    Respondent.

☐    **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■    **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**: ORDERED that this case is dismissed, without prejudice, for lack of jurisdiction pursuant to 28 U.S.C. 2244(b)(3)(A) and 28 U.S.C. 2255.

Entered on:  February 2, 2021.

                                                              PAIGE WYMORE-WYNN
                                                              CLERK OF COURT

                                                              /s/ C. Davies
                                                              (By) Deputy Clerk